Richard F. Griffin, Jr.
**GENERAL COUNSEL**
**NATIONAL LABOR RELATIONS BOARD**
Valerie Hardy-Mahoney
**Regional Attorney**
**Region 32**
**National Labor Relations Board**
1301 Clay Street, Suite 300N
Oakland, CA  94612-5224
Tel: 510-671-3028
Fax: 510-637-3315
E-Mail: Valerie.Hardy-Mahoney@nlrb.gov

```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         AUG 1 5 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____   DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re: NOAH J. GARBER, LELIA MARIA GOMEZ, JEFFREY L. HENZE, ANGELA MARIE HOLLOWELL-FUENTES, COREEN HEATHER KOPPER, YAROMIL RALPH, EDRIS WILDER IZAR RODRIGUEZ RITCHIE, BRENDA L. ROSALES, CATHERINE LYNNE VENTOLA, and DAVID B. WILLHOITE

Misc. No.: 2:16-ms-00061

**MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 11-3, the undersigned respectfully requests that this honorable Court admit Government attorneys NOAH J. GARBER, LELIA MARIA GOMEZ, JEFFREY L. HENZE, ANGELA MARIE HOLLOWELL-FUENTES, COREEN HEATHER KOPPER, YAROMIL RALPH, EDRIS WILDER IZAR RODRIGUEZ RITCHIE, BRENDA L. ROSALES, CATHERINE LYNNE VENTOLA, and DAVID B. WILLHOITE to practice in the District of Nevada in all matters for the period of their employment as an attorney on behalf of the Government.

MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT

1

1     Local Rule IA 11-3 provides:

2         Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

6     Mr. Noah J. Garber (State Bar No. 259708), Ms. Lelia Maria Gomez (State Bar No. 304997), Mr. Jeffrey L. Henze (State Bar No. 131063), Ms. Angela Marie Hollowell-Fuentes (State Bar No. 259720), Ms. Coreen Heather Kopper (State Bar No. 288940), Ms. Yaromil Ralph (State Bar No. 251285), Mr. Edris Wilder Izar Rodriguez Ritchie (State Bar No. 284784), Ms. Brenda L. Rosales (State Bar No. 288255), and Mr. David B. Willhoite (State Bar No. 294172) are employed as attorneys with the National Labor Relations Board, an independent agency of the United States Government and are each a member in good standing of the state bar of California. Ms. Catherine Lynne Ventola (State Bar No. 43320) is employed as an attorney with the National Labor Relations Board, an independent agency of the United States Government and is a member in good standing of the state bar of Missouri.

16     The following information is provided to the Court:

| | |
|---|---|
| Noah J. Garber<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA 94612-5224<br>Tel: 510-671-3021<br>Fax: 510-637-3315<br>E-Mail: Noah.Garber@nlrb.gov | Lelia Maria Gomez<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA 94612-5224<br>Tel: 510-671-3022<br>Fax: 510-637-3315<br>E-Mail: Lelia.Gomez@nlrb.gov |

MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT

2

| | |
|---|---|
| Jeffrey L. Henze<br>Deputy Regional Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA  94612-5224<br>Tel: 510-671-3008<br>Fax: 510-637-3315<br>E-Mail: Jeffrey.Henze@nlrb.gov | Angela Marie Hollowell-Fuentes<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA  94612-5224<br>Tel: 510-671-3012<br>Fax: 510-637-3315<br>E-Mail: Angela.Hollowell-Fuentes@nlrb.gov |
| Coreen Heather Kopper<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA  94612-5224<br>Tel: 510-671-3031<br>Fax: 510-637-3315<br>E-Mail: Coreen.Kopper@nlrb.gov | Yaromil Ralph<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA  94612-5224<br>Tel: 510-671-3039<br>Fax: 510-637-3315<br>E-Mail: Yaromil.Ralph@nlrb.gov |
| Edris W.I. Rodriguez Ritchie<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA  94612-5224<br>Tel: 510-671-3041<br>Fax: 510-637-3315<br>E-Mail: Edris.RodriguezRitchie@nlrb.gov | Brenda L. Rosales<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA  94612-5224<br>Tel: 510-671-3042<br>Fax: 510-637-3315<br>E-Mail: Brenda.Rosales@nlrb.gov |
| Catherine Lynne Ventola<br>Supervisory Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA 94612-5224<br>Tel: 510-671-3049<br>Fax: 510-637-3315<br>E-Mail: Catherine.Ventola@nlrb.gov | David B. Willhoite<br>Field Attorney<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, CA  94612-5224<br>Tel: 510-671-3050<br>Fax: 510-637-3315<br>E-Mail: David.Willhoite@nlrb.gov |

MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT

Accordingly, the National Labor Relations Board respectfully requests that the Court admit Government attorneys NOAH J. GARBER, LELIA MARIA GOMEZ, JEFFREY L. HENZE, ANGELA MARIE HOLLOWELL-FUENTES, COREEN HEATHER KOPPER, YAROMIL RALPH, EDRIS WILDER IZAR RODRIGUEZ RITCHIE, BRENDA L. ROSALES, CATHERINE LYNNE VENTOLA, and DAVID B. WILLHOITE to practice in the District of Nevada for the duration of their employment by the United States.

Respectfully submitted this 12th day of August, 2016.

Richard C. Griffin
**General Counsel of the National Labor Relations Board**

_____
Valerie Hardy-Mahoney
**Regional Attorney**
**Region 32, National Labor Relations Board**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:   August 26, 2016

MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT

4